IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv410

| | |
|---|---|
| KARIMAH ABDUS-SALAAM, ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| BILLY MADDALON, et al., ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on letter (#20) sent to chambers by pro se plaintiff. Attached to her letter are a number of documents from the N.C. Department of Labor, which she states "is evidence that pertains to my case I need for this to be part of the report . . . ." Id., at 1. Plaintiff is advised that sending discovery to chambers is not appropriate and that if she is attempting to supplement her initial disclosures to the opposing side, she needs to send that material to counsel for the defendants, not the court.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff is instructed to provide counsel for defendant any initial disclosures, supplements, or other discovery materials directly as discovery cannot be filed with the court except in support or opposition to a motion. L.Cv.R. 7.1.

Signed: March 27, 2012

Max O. Cogburn Jr.
United States District Judge

-1-