IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-410-MOC-DSC

| | |
|---|---|
| KARIMAH ABDUS-SALAAM, | ) |
| Plaintiff, | ) |
| v. | ) MEMORANDUM AND ORDER |
| BILLY MADDALON, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of "Defendants Employment Security Commission of North Carolina and Joseph D. Pearlman's Motion To Dismiss and Motion to Substitute a Party Pursuant to Rules 12(b) and 25 of the Federal Rules of Civil Procedure," Doc. 25, on April 5, 2012.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' Motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief it seeks, that is, the DISMISSAL OF THE COMPLAINT WITH PREJUDICE.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until April 23, 2012 to respond to "Defendants Employment Security Commission of North Carolina and Joseph D. Pearlman's Motion To Dismiss and Motion to Substitute a Party Pursuant to Rules 12(b) and 25 of the Federal Rules of Civil Procedure."

**SO ORDERED.**

Signed: April 9, 2012

David S. Cayer
United States Magistrate Judge