# United States District Court
# For The Western District of North Carolina
# Charlotte Division

**KARIMAH ABDUS-SALAAM,**

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                 3:11cv410

**BILL MADDALON UNIQUE SOUTHERN ESTATES; CAROLYN JORDAN; EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA; and JOSEPH D. PEARLMAN,**

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2012 Order.

                                            Signed: May 3, 2012

                                            Frank G. Johns, Clerk
                                            United States District Court